UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION (LONDON)
*Electronically Filed*

| | |
|---|---|
| STACY D. DAVIDSON- STEVENSON, <br><br> Plaintiff, <br> v. <br><br> WEST ASSET MANAGEMENT, <br><br> Defendant. | Case No. |

## NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, West Asset Management, Inc. (erroneously named as West Asset Management) who hereby removes from the Pulaski District Court, Small Claims Division, Pulaski County, Kentucky, the following described lawsuit, and respectfully states as follows:

1. Plaintiff Stacy D. Davidson-Stevenson commenced a civil action in the Pulaski District Court, Small Claims Division, Pulaski County, Kentucky, captioned as Stacy D. Davidson-Stevenson *v.* West Asset Management, Case No. 14-S-67 (hereinafter the "State Court Action") on May 12, 2014.

2. West Asset Management was served on May 19, 2014.

3. The complaint in the State Court Action, a copy of which is attached hereto as Exhibit A, asserts claims under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692a *et seq.*, and Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a *et seq.*

4.     Pursuant to 28 U.S.C. §§ 1441 and 1446, West Asset Management, Inc. hereby removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

5.     Removal of the State Court Action is proper under 28 U.S.C. § 1441.  If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FDCPA and FCRA claims per 28 U.S.C. § 1331, 15 U.S.C. § 1692k and 15 U.S.C. § 1681p; and supplemental jurisdiction over all other claims pursuant to 28 U.S.C. § 1367.

6.     This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by West Asset Management, Inc. and is therefore timely filed under 28 U.S.C. § 1446(b).

7.     A copy of all process, pleadings and orders served upon West Asset Management, Inc. in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, West Asset Management, Inc., named herein as West Asset Management, removes the State Court Action captioned Stacy D. Davidson-Stevenson *v.* West Asset Management, Case No. 14-S-67, from the Pulaski District Court, Small Claims Division, Pulaski County, Kentucky, on this 9th day of June, 2014.

/s/Shea W. Conley
Shea W. Conley, Esq.
Lauren D. Lunsford, Esq.
269 West Main Street - Suite 700
Lexington, Kentucky 40507
Tel: (859) 233-1311/Fax: (859) 233-1312
Email: sconley@reminger.com
           llunsford@reminger.com
*Counsel for Defendant, West Asset Management, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, at the address of counsel noted below. Parties may access this filing through the court's system. A true copy was also sent via ordinary U.S. Mail, postage prepaid this 9th day of June, 2014 to:

Stacy D. Davidson-Stevenson
1242 Ferry Road
Somerset, Kentucky 42503

/s/Shea W. Conley_____
Shea W. Conley
Lauren D. Lunsford