Generated: 05/12/2014

| | | |
|---|---|---|
| AOC-S-180  Sum Code: SC<br>Rev. 7-99<br><br>Commonwealth of Kentucky<br>Court of Justice<br>KRS 24A.280 | <br><br>**Small Claims Summons** | Case Number **14-S-00067**<br>Court **DI**<br>County **PULASKI** |

*Plantiff,* DAVIDSON-STEVENSON, STACY D  VS. WEST ASSET MANAGEMENT,, *Defendant*

WEST ASSET MANAGEMENT,
7171 MERCY RD

OMAHA NE  68106

The Commonwealth of Kentucky to the above-named defendant:

You are hereby notified a legal action has been filed against you in the PULASKI District Court demanding relief as shown on the document delivered to you with this summons.

You are summoned to appear before the PULASKI District Court on:

| Date | Time | Location |
|---|---|---|
| Tuesday, June 17, 2014 | 09:00 AM | D - DISTRICT COURTROOM |

Failure to appear on the date indicated may result in a judgment by default against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, GEORGE F FLYNN

By _____, DC

Date: 05/12/2014

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)

To:

[ ] Not Served because:

Date: _____  _____
                                                        Signature of Arresting Officer

---

D1   14-S-00067
DAVIDSON-STEVENSON, STACY D  VS. WEST ASSET MANAGEMENT,





EXHIBIT

A

| AOC-175    Doc. Code: COM<br>Rev. 5-11<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice    www.courts.ky.gov<br>KRS 24A.260 | **SMALL CLAIMS COMPLAINT** | Case No. 14-S-67<br>Court   District Small Claims<br>County   Pulaski |
|---|---|---|

Assigned Court Date: 6-17-14 @ 9AM

**Plaintiff:**    ☐ Company    ☑ Individual (for individual, enter first, middle and last names)
Name: Stacy D Davidson-Stevenson
Address: 1242 Ferry Rd
Somerset KY 42503

FILED
GEORGE FLYNN, CLERK
MAY 1 2 2014
PULASKI CIRO DIST COURT
BY _____ D.C.

**Plaintiff's Attorney (if any):**    ☐ Firm    ☐ Individual
Name:
Address:

**Defendant:**    ☑ Company    ☐ Individual (for individual, enter first, middle and last names)
Name: West Asset Management
Address: 7171 Mercy Rd
Omaha NE 68106-2620

### NOTICE TO EACH DEFENDANT - READ CAREFULLY

You are being sued in Small Claims Court by the Plaintiff shown above. The judge has not made a decision in this case. **You are to appear in court** on the date shown on the attached summons to tell your side of the dispute. **If you fail to appear in court** on the date shown on the attached summons, a court judgment may be taken against you for the money or property demanded in the **Claim** on page 2 of this document. This could lead to garnishment of your paycheck and/or sale of your home or other belongings (unless protected by law) to satisfy the judgment. **If you have questions or need assistance, consult the Small Claims information pamphlet (P-6) or call an attorney.**

### WARNING REGARDING JURY TRIAL
### (KRS 24A.320; 29A.270)

There are no jury trials in Small Claims Court. If the amount in controversy exceeds $250, you may have a jury trial by going into District Civil Court. However, the simplified and informal procedures used in Small Claims Court do not apply in District Civil Court. **If you request a jury, you will be required to pay an additional fee.**

**To the Plaintiff:** If you want a jury trial, file your claim in District Civil Court instead of Small Claims Court

**To The Defendant:** If you want a jury trial, **you must notify the court clerk in writing at least seven (7) days** before the court date listed on the attached summons to have the case transferred from Small Claims Court to District Civil Court.

Clerk
Address: GEORGE F. FLYNN
CIRCUIT COURT CLERK
P.O. BOX 664
SOMERSET, KY 42502

Phone No.

AOC 175
Rev. 5-11
Page 2 of 2

Doc. Code: COM

Plaintiff's Name  Stacy D Davidson-Stevenson

## CLAIM

### 1. Plaintiff claims Defendant:

West Asset Management Company Violated multiple FDCPA laws including the following:
Fail to send a written debt validation notice
Within five days of the collector's initial communication, it must send you a notice include the amount of the debt, name of the creditor, and notice of your right to dispute the debt within 30 days. [15 USC 1692g] § 809(a)
Ignore your written request to verify the debt and continue to collect
A collector can't continue to collect on a debt after you've made a written request to verify the debt as long as the request was made within 30 days of the collector's written notice. [15 USC 1692g] § 809 (b)
Continue to collect on the debt before providing verification
After receiving your written dispute, the collector must stop collecting on the debt until you have received verification. [15 USC 1692g] § 809(b)
Continue collection attempts after receiving a cease communication notice
If you make a written request for the collector to cease communication, it can only contact you one more time, via mail to let you know one of the following: that further efforts to collect the debt are terminated, that certain actions may be taken by the collector, or that the collector is definitely going to take certain actions. [15 USC 1692c] § 805(c)

West Asset Management Company is reporting a debt of $3,173.00 on my current Credit Bureaus.

I have all copies of any information or letters I am referring to in this complaint.

On February 27th, 2013 I sent notification Certified Mail requesting that West Asset Management verify said debt, as I did not recognize this bill.
I received NO related correspondence back from Company. I assumed it was resolved.
On October 10th, 2013 I received a statement from West Asset stating that I still owed above bill I had disputed in FEBRUARY.
On October 18th, 2013 I sent ANOTHER request from West Asset to Verify this account.
On November 6th, I received a letter from West Asset,(again have copy). It was a notification that this debt was no longer with West Asset Management and I had a zero balance with them. Again this was dated November 6th.
On November 1st I received a letter from Credit Control LLC stating that I owed this bill to them.
Yesterday May 5th, 2014 West Asset Management reported to all three Credit Bureaus that I have above debt with them.

The violations are clear and I have all the proof necessary to prove their MANY Violations to myself and my credit worthiness.
I am requesting complete removal of said debt by ANY Company that may be a participant or that said debt has been sold to and that correspondences be sent to them also. Also requesting IMMEDIATE removal from all 3 major credit reporting agencies. I am also seeking the maximum amount allowed by law for their violations

---

**NOTE TO PLAINTIFF:** Only the Complaint will be served on the Defendant. Attachments **WILL NOT** be served.

2. Plaintiff claims the sum of $ 2,500.00 from the defendant for damages incurred as a result of the above complaint. (The **jurisdictional authority** of Small Claims Court is **$2,500.00, exclusive of interest and costs.** KRS 24A.230).

3. **Plaintiff also claims the following court costs:** 31.00
   Court costs will be added to any judgment rendered in favor of plaintiff.

Date: 5/12/14, 2____.

Stacy D Davidson-Stevenson
Plaintiff's or Attorney's Signature

---

### SMALL CLAIMS AFFIDAVIT

KRS 24A.250(1) reads as follows: *No party shall file more than twenty-five (25) claims in any one (1) calendar year in the Small Claims Division of any District Court in the Commonwealth. Any business engaged in trade or commerce shall be entitled to the maximum number of claims allowed under this section of each established location in the district that has been engaged in trade or commerce for at least six (6) months.* KRS 24A.250(4) exempts claims brought by city, county or urban-county governments from the limit on the number of claims that may be filed in a calendar year.

I swear (or affirm) I have not brought more than the maximum number of claims allowed by KRS 24A.250.

Date: 5-12-, 2014.

Stacy D Davidson-Stevenson
Affiant's Signature

Subscribed and sworn to before me by Stacey Davidson-Stevenson this 12 day of May, 2014. My Commission expires: ____, 2____.

Signature: Hannah Gannon

Title: DC

West Asset Management

MAY 21 2014

Shared Services Sherman

W1
REQ #
H-LFD7
21962347

Stevenson
1243 Ferry Rd
Somerset KY 42503

7013 1710 0001 0558 7055

CERTIFIED MAIL

West Asset Management
7171 Mercy Rd
Omaha NE 68106

RETURN RECEIPT REQUESTED



U.S. POSTAGE PAID
SOMERSET, KY 42501
MAY 14 '14
AMOUNT
$6.49
00010733-12