UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| STACY D. DAVIDSON-STEVENSON, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 6: 14-137-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| WEST ASSET MANAGEMENT, INC., | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered this date and on July 21, 2014 [Record No. 4], it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of West Asset Management, Inc. with respect to the claims asserted by Plaintiff Stacy Davidson-Stevenson.

2. This action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This 21st day of October, 2014.

